USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
JEAN LUIS LOPEZ, individually and on behalf :
of all others similarly situated, :
                               Plaintiff, :
 :
                -against- :    22-CV-9271 (VEC)
 :
TRISTATE LINEN, INC. and VASO :    ORDER
NIKPRELOVIC, :
 :
                             Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 9, 2022, the parties submitted a proposed settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *see* Settlement Agreement, Dkt. 14;

      WHEREAS the proposed settlement provides for a total recovery of $9,000, with forty percent of the recovery ($3,600) awarded to Plaintiff's counsel for fees, along with $626 for costs, for a total of $4,226 in fees and costs, *see* Settlement Agreement at 3;

      WHEREAS Plaintiff estimates that his claims, assuming a full recovery, are valued at approximately $7,240, *id.* at 3, and Plaintiff's recovery of $4,774 represents 65.94% of the full value of his claims; and

      WHEREAS on December 12, 2022, Plaintiff's counsel submitted a supplemental letter, pursuant to an order of this Court, Order, Dkt. 16, stating that Plaintiff's counsel has been practicing as an attorney since 2001 and has been practicing as an attorney in wage and hour matters for more than five years, Letter, Dkt. 17 at 1.

      IT IS HEREBY ORDERED that although Plaintiff's attorneys' fees are at the top of what the Court considers to be reasonable, the proposed settlement agreement is approved as fair and

reasonable.  The Clerk of Court is respectfully directed to close this case and to amend the case caption to delete the language "individually and on behalf of all others similarly situated" after the Plaintiff's name, as this settlement is only operative between the individual Plaintiff Jean Luis Lopez and Defendants Tristate Linen, Inc. and Vaso Nikprelovic.

**SO ORDERED.**

Date:  December 14, 2022
      New York, New York

                                    **VALERIE CAPRONI**
                                    **United States District Judge**